IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIMBERLY JENNINGS,        § | |
|     Plaintiff,        § | |
| § | |
| vs.        § | Civil Action No. 4:16-cv-00857 |
| § | |
| THE TRAVELERS HOME AND        § | |
| MARINE INSURANCE COMPANY,        § | |
|     Defendant.        § | |
| § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff, KIMBERLY JENNINGS, and Defendant, THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, have reached a settlement in this matter. Plaintiff and Defendant will submit an agreed motion of dismissal with prejudice within 60 days.

    Respectfully submitted,

By:   */s/ Richard D. Daly*
    Richard D. Daly
    Texas Bar No. 00796429
    Southern District Bar No. 20706
    rdaly@dalyblack.com
    Ana Ene
    Texas Bar No. 24076368
    aene@dalyblack.com
    **DALY & BLACK, P.C.**
    2211 Norfolk St., Suite 800
    Houston, Texas 77098
    (713) 655-1405
    (713) 655-1587 (Fax)
    Email for Service: ecfs@dalyblack.com

    **ATTORNEYS FOR PLAINTIFF**
    **KIMBERLY JENNINGS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served the foregoing document in accordance with the federal rules by serving it using the Court's ECF filing system on this day of July 11, 2016.

Greg C. Wilkins
Orgain Bell & Tucker LLP
P. O. Box 1751
Beaumont, Texas  77704-1751
Tel: 409-838-6412
Fax: 409-838-6959
gcw@obt.com

**ATTORNEY FOR DEFENDANT
THE TRAVELERS HOME AND
AND MARINE INSURANCE COMPANY**

                                          /s/ *Richard D. Daly*
                                          Richard D. Daly