United States District Court
Southern District of Texas
ENTERED
July 12, 2016
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| KIMBERLY JENNINGS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-0857 |
| | § | |
| THE TRAVELERS HOME AND | § | |
| MARINE INSURANCE CO., | § | |
| Defendant. | § | |

**CONDITIONAL DISMISSAL ORDER**

Having been informed that a settlement has been reached in this case, *see* Notice of Settlement [Doc. # 11], it is hereby

**ORDERED** that this case is **DISMISSED without prejudice** to reinstatement of Plaintiff's claims if any party represents to the Court on or before **September 12, 2016**, that the settlement could not be completely documented.

SIGNED at Houston, Texas, this 12th day of **July, 2016**.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2016\0857Conditional.wpd 160712.1450