IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **KIMBERLY JENNINGS** § | |
| § | |
| V. § | **CIVIL ACTION NO. 4:16-CV-00857** |
| § | |
| **THE TRAVELERS HOME AND** § | |
| **MARINE INSURANCE COMPANY** § | |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW, Kimberly Jennings, the plaintiff herein, and The Travelers Home and Marine Insurance Company, the defendant herein, and stipulate to the dismissal of any and all claims asserted in this lawsuit with prejudice to the re-filing of same. By virtue of this stipulation of dismissal, all claims and causes of action asserted in this lawsuit shall be dismissed with prejudice to the re-filing of same. This stipulation of dismissal is signed by counsel for all parties who have appeared in this lawsuit.

Respectfully submitted,

DALY & BLACK, P.C.
2211 Norfolk St., Suite 800
Houston, Texas 77098
(713) 655-1405
(713) 655-1587 – facsimile


/s/ Ana M. Ene (by permission)
Ana M. Ene
State Bar No. 24076368
Southern District Bar No. 1259986
aene@dalyblack.com

ATTORNEYS FOR PLAINTIFF,
KIMBERLY JENNINGS

        ORGAIN BELL & TUCKER, LLP

        P O Box 1751
        Beaumont, TX 77704-1751
        (409) 838-6412
        (409) 838-6959 facsimile

        /s/ Greg C. Wilkins
        Greg C. Wilkins
        Attorney-in-charge
        State Bar No. 00797669
        Southern District Bar No. 33280
        gcw@obt.com

        ATTORNEYS FOR DEFENDANT,
        THE TRAVELERS HOME AND
        MARINE INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

    I do hereby certify that on the 1st day of August, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all known counsel of record.

        /s/ Greg C. Wilkins